Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRESCENCIANO YANEZ-BUCIO,<br><br>Defendant. | NO. CR09-5452-RJB<br><br>ORDER ON AMENDED MOTION TO SUBSTITUTE COUNSEL |

Having reviewed the declaration of counsel and considering the files of this cause, the motion is hereby granted. John Crowley shall substitute as attorney of record effective immediately and Thomas E. Weaver shall withdraw, effective immediately.

IT IS SO ORDERED this 23rd day of October, 2009.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ON MOTION TO SUBSTITUTE COUNSEL - 1

The Crowley Law Firm, PLLC
Smith Tower
Suite 1015
506 Second Avenue
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223