UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRESCENCIANO YANEZ-BUCIO,<br><br>Defendant. | CASE NO. CR09-5452RJB<br><br>ORDER |

    This matter comes before the court on defendant's Motion to Require FBOP to Apply my True and Correct Name (Dkt. 924).  The court requested and received the government's response (Dkt. 926).  The court is familiar with the records and files herein.  It appears, under all the circumstances, that it would be inappropriate for the court to require the Federal Bureau of Prisons to take any action regarding the name of the defendant, and this court cannot legally change his name.  Under the circumstances presented, the defendant's motion must be denied.

ORDER- 1

1  Therefore, it is now

2  ORDERED that defendant's Motion to Require FBOP to Apply my True and Correct
3  Name (Dkt. 924) is hereby DENIED.

4  The Clerk is directed to send uncertified copies of this Order to all counsel of record and
5  to any party appearing *pro se* at said party's last known address.

6  Dated this 7th day of March, 2011.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge